# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **IMPOSSIBLE FOODS INC.**, <br><br> Defendant. | **CASE NO. 1:25-CV-00471-MN** <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims against IMPOSSIBLE FOODS INC., WITH PREJUDICE and all counterclaims against PATENT ARMORY INC. WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: June 3, 2025

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming))
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613

*/s/ Grayson P. Sundermeir*
Grayson P. Sundermeir (#6517)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
sundermeir@fr.com

Lance Wyatt (*pro hac vice* forthcoming)
Neil J. McNabnay (*pro hac vice* forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com

- 2 -

| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Patent Armory Inc.* | *Impossible Foods Inc.* |

 

**SO ORDERED** this 3rd day of June 2025.

_____
**The Honorable Maryellen Noreika**
**United States District Judge**